IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MELANIE J. PARRISH,<br><br>           Plaintiff,<br><br>vs.<br><br>DAVID SCHENK, individually and as the Sheriff and Agent of Madison County; DOUGLAS YOUNG, individually and as a deputy sheriff and agent of Madison County; ROGER THOMPSON, individually and as a deputy sheriff and agent of Madison County, THEODORE COFFMAN, individually and as agent of Madison County; DAVID SCHULZ, individually and as agent of Madison County; and MADISON COUNTY, a political subdivision of the State of Montana,<br><br>           Defendants. | CV-07-012-BU-RFC-CSO<br><br>**ORDER** |

     On February 14, 2007, Plaintiff filed her Complaint and Demand for Jury Trial in the Montana Fifth Judicial District Court, Madison County. Defendants filed a Notice of Removal on February 22, 2007. See *Court's Doc. No. 1*. To date, no answer or other defenses have been filed by the Defendants. See Fed. R. Civ. P. 81(c). Accordingly,

-1-

IT IS HEREBY ORDERED that on or before **April 11, 2007,** Defendants shall file their answer or present other defenses or objections available under the Federal rules, or show cause in writing for their failure to do so.

DONE and DATED this 27th day of March, 2007.

                                        **/S/** Carolyn S. Ostby
                                        Carolyn S. Ostby
                                        United States Magistrate Judge