FILED
BILLINGS DIV.

2007 AUG 20 PM 2 02

PATRICK E. DUFFY, CLERK
BY _____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| MELANIE J. PARRISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CV-07-12-BU-RFC |
| vs. ) | |
| ) | |
| DAVID SCHENK, individually and ) | |
| as the Sheriff and Agent of Madison ) | |
| County; DOUGLAS YOUNG, individually ) | |
| and as a deputy sheriff and agent of ) | |
| Madison County; ROGER THOMPSON, ) | ORDER ADOPTING |
| individually and as a deputy sheriff and ) | FINDINGS AND |
| agent of Madison County, ) | RECOMMENDATION OF |
| THEODORE COFFMAN, individually ) | UNITED STATES |
| and as agent of Madison County; ) | MAGISTRATE JUDGE |
| DAVID SCHULZ, individually ) | |
| and as agent of Madison County; and ) | |
| MADISON COUNTY, a political ) | |
| subdivision of the State of Montana, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On June 26, 2007, United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendation. Magistrate Judge Osbty recommends that Plaintiff's Motion to Remand be denied.

1

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, Plaintiff filed objections on July 18, 2007. Defendants responded to Plaintiff's objections on July 27, 2007. Plaintiff's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

The Ninth Circuit recently stated that this Court had clearly misapplied *Duncan v. Stuetzle*, 76 F.3d 1480 (9th Cir. 1996) and Ninth Circuit law when it concluded that it lacked subject matter jurisdiction when this Court granted a remand in a similar case. *See Denton v. Blatter*, Cause No. CV-06-73-BLG-RFC, 06-74848.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Remand is **DENIED**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 20th day of August, 2007.

/s/ Richard F. Cebull
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE